| Fill in this information to identify the case: |
| --- |
| Debtor name  PPF Gin & Warehouse, LLC |
| United States Bankruptcy Court for the: Eastern District of Texas |
| Case number (If known):  26-40061 |

☐ Check if this is an amended filing

# Official Form 204

Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Mack Financial Services<br>P.O. Box 7247<br>Philadelphia, PA, 19170 | | Guaranteed Debt | | | | 1,102,647.08 |
| 2 | Midland Equipment Finance<br>P.O. Box 24245<br>Seattle, WA, 98124 | | Guarantee Debt | | | | 245,673.69 |
| 3 | Falcon Equipment Financing<br>P.O. Box 843840<br>Dallas, TX, 75284 | | Guaranteed Debt | | | | 185,788.85 |
| 4 | Lamar County Appraisal District<br>P.O. Box 400<br>Paris, TX, 75461 | | Taxes & Other Government Units | | | | 96,588.26 |
| 5 | Delta County Tax Office<br>200 W. Dallas Ave.<br>Cooper, TX, 75432 | | Taxes & Other Government Units | | | | 52,904.57 |
| 6 | Service First Premium Finance<br>P.O. Box 1506<br>O Fallon, IL, 62269 | | Monies Loaned / Advanced | | | | 46,742.49 |
| 7 | Walls Landry Baker & Oliver, PLLC<br>5910 N. Central Expressway, Ste. 1560<br>Dallas, TX, 75206 | | Services | | | | 34,974.59 |
| 8 | Oilco Distributing, LLC<br>205 N. McCoy Blvd.<br>New Boston, TX, 75570 | | Suppliers or Vendors | | | | 30,981.04 |

Debtor  PPF Gin & Warehouse, LLC    Case number (*if known*) 26-40061

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Lamar Electric Cooperative<br>P.O. Box 68<br>Blossom, TX, 75416 | | Utility Services | | | | 26,164.35 |
| 10 | McCoin Farms-Vendor<br>901 CR 24130<br>Paris, TX, 75460 | | Suppliers or Vendors | | | | 19,670.00 |
| 11 | Blue Cross Blue Shield of Texas<br>P.O. Box 650615<br>Dallas, TX, 75265 | | Insurance | | | | 13,137.30 |
| 12 | Bailing Green USA Inc.<br>324 E. Chapman Ave., #180<br>Orange, CA, 92869 | | Services | | | | 10,875.00 |
| 13 | XTRA Lease LLC<br>P.O. Box 219562<br>Kansas City, MO, 64121 | | Services | | | | 9,201.25 |
| 14 | Lummus Corp.<br>P.O. Box 929<br>Pooler, GA, 31322 | | Services | | | | 7,305.25 |
| 15 | AFR Insurance Services<br>1820 Preston Park Blvd., Ste. 1100<br>Plano, TX, 75093 | | Services | | | | 5,370.37 |
| 16 | Curtis L. Gasper<br>14940 W. 82nd Terr.<br>Shawnee Mission, KS, 66215 | | Services | | | | 4,350.00 |
| 17 | Herc Rentals Inc.<br>P.O. Box 936257<br>Atlanta, GA, 31193 | | Services | | | | 4,301.76 |
| 18 | Samuel Packaging Systems Group<br>P.O. Box 933363<br>Atlanta, GA, 31193 | | Suppliers or Vendors | | | | 4,007.97 |
| 19 | RAM Manufacturing Company<br>P.O. Box 64533<br>Lubbock, TX, 79464 | | Suppliers or Vendors | | | | 3,500.00 |
| 20 | Screen Graphics<br>2820 Pine Mill Rd.<br>Paris, TX, 75460 | | Services | | | | 3,024.00 |